■ ISMAEL LOPEZ, JR., Respondent, v POWER AUTHORITY OF THE STATE OF NEW YORK et al., Appellants. — Order, Supreme Court, New York County (Lehner, J.), entered on February 16, 1982, unanimously affirmed, without costs and

without disbursements, and that portion of the Power Authority's appeal from the denial of its motion seeking to strike certain material as scandalous, is unanimously dismissed as nonappealable. No opinion. Concur — Ross, J. P., Carro, Asch, Silverman and Milonas, JJ.